## THE STATE OF FLORIDA v. JUDGE L. CHILDRE

24 So. (2nd) 51                                               June Term, 1945
December 11, 1945                                             Division A

*Stanley Milledge,* State Attorney, for appellant.

*J. F. Gordon* and *Leonard G. Egert,* for appellee.

PER CURIAM:

The state appeals from an order granting a new trial in a criminal case. We find no abuse of discretion and the order is affirmed.

CHAPMAN, C.J., TERRELL, BUFORD and ADAMS, JJ., concur.